IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHNNY FRANK JORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:24-CV-139 (MTT) |
| | ) |
| TIMOTHY WARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

United States Magistrate Judge Charles H. Weigle recommends transferring this action and all pending motions to the Dublin Division of the United States District Court for the Southern District of Georgia because venue is not proper in the Middle District of Georgia.  Doc. 10.  The plaintiff, Johnny Jordan, filed a response stating that he 1) agrees that his case should be transferred, and 2) requests an extension of his time to file.[1]  Doc. 11.  Because Jordan agrees with the Magistrate Judge's recommendation, the Court reviews the Recommendation for clear error pursuant to 28 U.S.C. § 636(b)(1).  The Court finds none.  Therefore, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 10) is **ADOPTED** and made the Order of the Court.  Accordingly, the Clerk of

---

[1] It is unclear for what purpose Jordan seeks an extension.  If he seeks an extension to file in the Southern District, such an extension is not necessary because the clerk's office will transfer all filings to the proper district.  Thus, in that case, Jordan has no need to file extra documents.  If he seeks an extension for another purpose, he must raise that request before the Court after his case is transferred.

-2-

Court shall **TRANSFER** this action and any pending motions to the Dublin Division of the United States District Court for the Southern District of Georgia.

**SO ORDERED**, this __1st__ day of November, 2024.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
